IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02518-REB-KLM

GERALD VOLOSYN,

    Plaintiff,

v.

BROWN BROTHERS CONTRACTING, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Amend Scheduling Order** [Docket No. 22; Filed September 16, 2008] (the "Motion").

    Defendant requests that the dispositive motions deadline be extended from September 25, 2008 to October 16, 2008. The Court notes that the Motion is apparently opposed by Plaintiff, but finds that a short extension of the dispositive motions deadline is reasonable, especially considering that Defendant has provided good cause, the Motion was filed prior to the expiration of the deadline, and the new dispositive motions deadline will not conflict with any of the other deadlines previously set in this case.

    Accordingly, IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The dispositive motions deadline is **October 16, 2008**.

    Dated:    September 17, 2008