**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02518-REB-KLM

GERALD VOLOSYN,

    Plaintiff,

v.

BROWN BROTHERS CONTRACTING, INC.,

    Defendant.

## MINUTE ORDER

    The matter comes before the court on the defendant's **Motion To File Amended Motion For Summary Judgment** [#27] filed October 21, 2008. The motion is **GRANTED**, and defendant's **Exhibit A**, attached to the motion to file amended motion for summary judgment, **Defendant's Amended Motion For Summary Judgment** is accepted for filing.

    Dated: October 22, 2008